UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

             Plaintiff,

        v.                                              Civil Action No. 25-3414 (CRC)

U.S. DEPARTMENT OF JUSTICE,

             Defendant.

## <u>STATUS REPORT</u>

Pursuant to the Court's Minute Order dated January 22, 2026, Plaintiff American Oversight and Defendant the Department of Justice (collectively, "the Parties"), by and through undersigned counsel, respectfully submit this status report.  The Parties do not propose a joint briefing schedule at this time.

I.      **Plaintiff's Position**

This case involves Plaintiff's July 15, 2025 FOIA request for "photographs, video recordings, and/or audio recordings" over a 48 hour period—from March 15 through March 16, 2025—of the U.S. government's removal of people to El Salvador, including video recordings of plane boardings in the United States and plane debarkations in El Salvador. Plaintiff has brought a claim for failure to expedite processing of its request based on the urgent importance of the requested records. Plaintiff has asked Defendant Department of Justice to process the responsive records it has located so far, identify all statutory exemptions it asserts over those records, and produce any and all non-exempt records from that first set to Plaintiff, by March 30, 2026.

II.     **Defendant's Position**

Defendant can represent that the Office of Information Policy ("OIP") has initiated a search for responsive material and anticipates completing this search in advance of our next JSR. Although this search is not yet completed and any responsive material would have to be reviewed, including application of FOIA exemptions and sending material, as necessary, to other Executive Branch entities for consultation on their equities, OIP will endeavor to issue a response on or before the date of our next JSR.  To that end, Defendant proposes that the Court permit them to file a JSR no later than March 12, 2026.

*       *       *

Dated: February 5, 2026

Respectfully submitted,

*s/ Elizabeth Haddix*
ELIZABETH HADDIX
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org
(with permission)

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Dhruman Y. Sampat*_____
    DHRUMAN Y. SAMPAT
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2525
    dhruman.sampat@usdoj.gov

*Attorney for the United States of America*