**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN OVERSIGHT**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Case No. 25-cv-3414 (CRC) |

## ORDER

Defendant's [7] Partial Motion to Strike is hereby DENIED, largely for the reasons set forth by Judge Kelly in his recent order denying a similar motion to strike in a FOIA matter involving the same parties. See Plaintiff's [11] Notice of Supplemental Authority (attaching Judge Kelly's ruling in American Oversight v. FBI, et al., No. 25-3597 (TJK)). The Court adds that it fully recognizes that the complaint allegations in question, which Defendant has denied, are just that, and could be proven inaccurate if the need to litigate them were to arise. The Court also observes that the inclusion of marginally relevant yet colorful allegations, justified under the banner of "context," is commonplace these days in complaints of all types, FOIA and otherwise. Rarely does such material rise to the demanding standard of Rule 12(f). But in many cases it does strike the Court as contrary, in principle at least, to Rule 8's demand that complaints contain a "short and plain" statement of the claim. Greater heed of that requirement would unburden the Court and responding parties of unnecessarily discursive complaints.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:    March 18, 2026